Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

*Additional Plaintiff's counsel of record listed below*

HANSON BRIDGETT LLP
JOAN L. CASSMAN - 76024
jcassman@hansonbridgett.com
MICHAEL J. VAN ZANDT - 96777
mvanzandt@hansonbridgett.com
SOPHIA B. BELLOLI - 238403
sbelloli@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200

Attorneys for Defendant
City of Millbrae, a California municipal corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MILLBRAE, a California municipal corporation,<br><br>    Defendant. | Civil Case No.: No. C-09-05675-SBA<br><br>**STIPULATION REQUESTING THAT A MAGISTRATE JUDGE RETAIN JURISDICTION OVER CONSENT DECREE; ORDER**<br><br>Honorable Saundra B. Armstrong<br>Honorable Magistrate Edward M. Chen |

Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Jason Flanders (Bar No. 238007)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

1    Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant City of Millbrae

2  ("Millbrae") (collectively "the Parties") hereby submit this stipulation requesting that Magistrate

3  Judge Edward M. Chen retain jurisdiction to oversee compliance by the Parties with the terms of the

4  Consent Decree in the above action.

5    WHEREAS, on October 20, 2010, the Parties filed the Consent Decree and [Proposed] Order

6  in the above-captioned action (*see* ECF Dkt. No. 22);

7    WHEREAS, Magistrate Judge Edward M. Chen is familiar with the facts and circumstances

8  surrounding this action and the subsequent settlement;

9    WHEREAS, judicial economy would be served by Magistrate Chen's continuing jurisdiction

10  over this action;

11    WHEREAS, on October 27, 2010, the Court telephoned counsel for Baykeeper and requested

12  that the Parties stipulate to a Magistrate Judge retaining jurisdiction over the action;

13    WHEREAS, the Parties met and conferred and agreed to file a stipulation requesting that

14  Magistrate Chen retain jurisdiction over this action, instead of Judge Armstrong;

15    NOW THEREFORE IT IS HEREBY STIPULATED between the Parties that Magistrate

16  Judge Edward M. Chen retain jurisdiction to oversee compliance by the Parties with the terms of the

17  Consent Decree.

18

19  Dated: November 10, 2010                    LAWYERS FOR CLEAN WATER, INC.

20                                             By:  _____/s/_____

21                                                  Daniel Cooper
                                                    Samantha Williams
22                                                  Attorneys for Plaintiff
                                                    SAN FRANCISCO BAYKEEPER
23

24  Dated: November 10, 2010                    HANSON BRIDGETT LLP

25                                             By:  _____/s/_____

26                                                  Michael J. Van Zandt
                                                    Sophia B. Belloli
27                                                  Attorneys for Defendant
                                                    CITY OF MILLBRAE
28

## ORDER

This matter came before the Honorable Saundra B. Armstrong and upon review of the Parties' Stipulation Requesting that a Magistrate Judge Retain Jurisdiction Over the Consent Decree, the Court hereby approves the Stipulation and orders that Magistrate Judge Edward M. Chen retain jurisdiction to oversee compliance by the Parties with the terms of the Consent Decree.

IT IS SO ORDERED.

Dated: 11/15/10

_____
Honorable Saundra M. Brown
UNITED STATES DISTRICT COURT JUDGE